**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Karina Michelle GUEVARA,
Defendant–Appellant.**

**No. 13–2446.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Oct. 15, 2013.

Filed: Nov. 14, 2013.

Martin Conboy, IV, Assistant U.S. Attorney, U.S. Attorney's Office, Omaha, NE, for Plaintiff–Appellee.

Karina Michelle Guevara, Adelanto, CA, pro se.

Joshua W. Weir, Dornan & Lustgarten, Omaha, NE, for Defendant–Appellant.

Before RILEY, Chief Judge, MELLOY, and KELLY, Circuit Judges.

PER CURIAM.

Karina Guevara was a passenger in a Jeep that was pulled over in a routine traffic stop. After a search of the Jeep, officers found over 500 grams of methamphetamine hidden in the engine compartment. Guevara appeals her conviction for possession of methamphetamine with intent to distribute and for conspiracy to distribute and possess methamphetamine with intent to distribute. Guevara argues the district court[1] erred in finding that the

---

1. The Honorable Laurie Smith Camp, Chief Judge, United States District Court for the District of Nebraska.

officer had reasonable suspicion to stop the Jeep. Guevara also challenges the length of the stop and suggests the stop became a *de facto* arrest. These same arguments were recently rejected by this Court in a case involving the driver of the same Jeep in which Karina Guevara was a passenger. *United States v. Guevara,* 731 F.3d 824 (8th Cir.2013) (conviction of driver of the Jeep upheld because officer had reasonable suspicion for the traffic stop, driver consented to the search of the Jeep, destructive search of the Jeep was supported by probable cause, and officers had probable cause to arrest driver-defendant). Karina Guevara raises no new arguments for reversal. Accordingly, we affirm. *See* 8th Cir. R. 47B.